**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Angela Lea Georgia and Donnie Frierson, Sr.,
Appellants,

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000439

———————————

Appeal From Clarendon County
Angela R. Taylor, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-136
Submitted March 15, 2018 – Filed March 28, 2018

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellants.

Scarlet Bell Moore, of Greenville, for Respondent.

William T. Geddings, Jr., of Geddings Law Firm, PA, of
Manning, for the Guardian ad Litem.

———————————

**PER CURIAM:**  Angela Lea Georgia and Donnie Frierson, Sr. appeal the family court's final order terminating their parental rights to their minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.